# EXHIBIT 1

**CUSTOMER NAME**

- 104TH FAMILY DENTAL
- 360 DENTAL
- 83RD MARKETPLACE DENTAL CARE
- A REASON TO SMILE
- AAA AMBULANCE SERVICE
- ADAMS DENTAL CENTER
- ADMIRAL DENTAL CARE
- ADVANCE DENTAL HEALTH CENTER
- ADVANCED DENTAL ON SMOKY HILL ROAD
- ALBUQUERQUE IMAGING
- ALBUQUERQUE IMAGING CENTER
- ALEGRE DENTAL @ BOSQUE
- ALEGRE DENTAL @ PETROGLYPHS
- AMBER HILLS FAMILY DENTAL
- AMERICAN HEALTH IMAGING
- ANESTHESIA CARE LLC
- ANESTHESIA CONSULTANTS PC
- APOLLO CHIROPRACTIC HEALTH & WELLNESS, LLC
- ARBOR FAMILY MEDICINE PC
- ARBUCKLE MEMORIAL HOSPITAL
- ARIZONA ANESTHESIA CONSULTANTS INC
- ARKADELPHIA DENTAL CARE
- ARMED FORCES DENTAL CENTER
- ARROWHEAD CREEKSIDE DENTAL
- ASCENT FAMILY DENTAL
- ASCENT FAMILY DENTAL LLC
- ASHBY PARK RESTORATIVE & COSMETIC DENTISTRY PA
- ASPEN VIEW DENTAL
- ATI PHYSICAL THERAPY
- AUDUBON DENTAL GROUP- MEMPHIS
- AUDUBON DENTAL GROUP- GERMANTOWN
- AULT/EATON FAMILY CARE
- BANNER ANESTHESIOLOGISTS COLORADO LLC
- BANNER FT. COLLINS MEDICAL CENTER
- BANNER GREELEY SPECIALIST
- BANNER HOME CARE - LOVELAND
- BANNER HOME CARE - NCMC
- BANNER MEDICAL CENTER - FORT COLLINS
- BANNER MEDICAL GROUP
- BANNER MOUNTAIN VISTA ORTHOPEDICS
- BANNER ONCOLOGY SERVICES
- BARDSTOWN DERMATOLOGY
- BARTLETT DENTAL ASSOCIATES
- BAYHEALTH - PROBATE
- BAYHEALTH HOSPITAL KENT CAMPUS
- BAYHEALTH HOSPITAL SUSSEX CAMPUS
- BAYHEALTH MEDICAL GROUP
- BAYHEALTH OCCUPATIONAL HEALTH
- BEAR CANYON FAMILY DENTISTRY
- BEAR TOOTH DENTAL
- BELLE POINT DENTAL
- BELMAR AMBULATORY SURGICAL CENTER
- BERKSHIRE DENTAL GROUP
- BHS PHYSICIAN SERVICES - TORRINGTON
- BLACK MOUNTAIN DENTAL CARE
- BLACKMAN FAMILY DENTAL
- BLAKE CURE, DDS
- BLOUNT MEMORIAL (PARKWAY)
- BLOUNT MEMORIAL HOSPITAL
- BLOUNT MEMORIAL PHYSICIANS GROUP
- BLOUNT RADIATION ONCOLOGY ASSOCIATES PLLC
- BLUE STAR IMAGING
- BMG WEST
- BOCA PARK DENTAL
- BOISE RADIOLOGY GROUP
- BOULDER COMMUNITY HEALTH
- BOULDER COUNTY SMILES
- BRISTOL HEIGHTS DENTAL
- BROADWAY DENTAL ARTS
- BRUCE M. SMITH, MD
- BULLHEAD CITY DENTIST
- CANE RIDGE DENTIST
- CANNON CROSSROAD DENTAL CARE
- CARENT LAB AT BOULDER COMMUNITY HEALTH
- CARENT LAB AT GOOD SAMARITAN MEDICAL CENTER
- CARENT LAB AT LUTHERAN MEDICAL CENTER
- CARENT LAB AT SAINT JOSEPH HOSPITAL
- CARENT LAB AT ST. JAMES
- CARENT LAB AT ST. VINCENT
- CARENT LAB AT UCHEALTH

- CARENT LABS
- CAROLINA DENTAL GROUP
- CAROLINAS IMAGING SERVICES, LLC
- CARSON CITY SPINE
- CARSON TAHOE CONTINUING CARE
- CARSON TAHOE HEALTH FDBA SIERRA SURGERY
- CARSON TAHOE REGIONAL HEALTHCARE
- CASADY DENTAL CARE
- CASADY SQUARE ORTHODONTICS
- CASCADE CAPITAL FUNDING, LLC
- CEDAR CREEK DENTAL CARE
- CEDAR FAMILY DENTISTRY
- CENTENNIAL COMPLETE DENTAL
- CENTER FOR COSMETIC AND FAMILY DENTISTRY
- CENTER FOR EXCEPTIONAL DENTISTRY
- CENTERPLACE DENTAL CARE
- CHAPEL HILL FAMILY DENTISTRY
- CHARLESTON RESTORATIVE & COSMETIC DENTISTRY, LLC.
- CHARLOTTE RADIOLOGY, P.A.
- CHOCTAW REGIONAL MEDICAL CENTER
- CITY OF LITTLETON EMS
- CLARKSON DENTAL
- COAL CREEK FAMILY DENTAL
- COLORADO IMAGING ASSOCIATES, PC
- COLORADO SPINE INSTITUTE
- COLORADO WEST EMERGENCY PHYSICIANS
- COLORADO WEST OPHTHALMOLOGY ASSOC PC
- COLTON COMPLETE DENTAL CARE
- COLUMBINE DENTAL
- COMPLETE DENTAL CARE OF EASLEY
- COMPLETE DENTAL OF EDUCATION HILL
- COMPLETE DENTAL OF OKC
- COON MEMORIAL HOSPITAL
- COPPER QUEEN COMMUNITY HOSPITAL
- COPPER QUEEN COMMUNITY HOSPITAL RURAL HEALTH CLINICS
- COPPERHEAD DENTAL CARE
- COTTON RIDGE DENTAL CARE
- COVINGTON COUNTY HOSPITAL AMBULANCE
- CREATIVE SMILES - MURFREESBORO
- CRESTWOOD DENTAL CARE
- CROSS TIMBERS FAMILY DENTAL
- CROSSROADS FAMILY DENTAL CARE
- CROSSROADS FAMILY DENTISTRY
- CROW VALLEY DENTAL CARE
- CROWFIELD DENTAL
- CUMBERLAND RIVER DENTAL CARE
- DALHART EMS
- DALLAM HARTLEY COUNTIES HOSPITAL DISTRICT
- DECATUR COUNTY MEMORIAL HOSPITAL
- DEER CREEK FAMILY DENTAL
- DEER VALLEY FAMILY DENTISTRY
- DEFINITION DENTAL
- DENARO DENTAL CARE
- DENTAL ARTS OF OLIVER SPRINGS
- DENTAL ARTS OF SURPRISE
- DENTAL CARE AT BEREWICK
- DENTAL CARE AT CROSS POINTE
- DENTAL CARE AT GORDEN CROSSING
- DENTAL CARE AT LELAND TOWN CENTER
- DENTAL CARE AT MADERA VISTA
- DENTAL CARE AT MADERA VISTA
- DENTAL CARE AT MILL CREEK
- DENTAL CARE AT MILLS CROSSING
- DENTAL CARE AT PALLADIUM
- DENTAL CARE AT PLEASANT HILL
- DENTAL CARE AT TUMBLEWEED PASS
- DENTAL CARE AT WINNOWING WAY
- DENTAL CARE OF ANTHEM CROSSROADS

- DENTAL CARE OF BELLEVUE
- DENTAL CARE OF BIXBY
- DENTAL CARE OF BOILING SPRINGS
- DENTAL CARE OF CAMDEN
- DENTAL CARE OF CARY PARK
- DENTAL CARE OF EDMOND
- DENTAL CARE OF EDMONDS
- DENTAL CARE OF GRAFTON
- DENTAL CARE OF HENDERSONVILLE
- DENTAL CARE OF LAKE WYLIE
- DENTAL CARE OF LEE VILLAGE
- DENTAL CARE OF MENOMONEE FALLS
- DENTAL CARE OF NORMAN
- DENTAL CARE OF POWELL
- DENTAL CARE OF SANFORD
- DENTAL CARE OF SAPULPA
- DENTAL CARE OF SHERRILLS FORD
- DENTAL CARE OF SOUTH AIKEN
- DENTAL CARE OF SPRING HILL
- DENTAL CARE OF VETERANS PARKWAY
- DENTAL CARE OF WAUKESHA
- DENTAL CARE ON ASHLEY CIRCLE
- DENTAL CARE ON EAST MAIN
- DENTAL CARE ON MACON
- DENTAL CARE ON SAN ANTONIO
- DENTAL CARE ON WATSON
- DENTAL CARES CORDOVA
- DENTAL CARES-COLLERVILLE
- DENTAL DESIGNS OF LAS VEGAS
- DENTAL DESIGNS ON POPLAR
- DENTAL HEALTH OF FIANNA
- DENTAL PROFESSIONALS
- DENTAL VILLAGE-MARANA
- DENTAL VILLAGE-SIERRA VISTA
- DENTISTRY FOR HEALTH
- DENTISTRY ON WALNUT GROVE
- DERMATOLOGY & AESTHETICS
- DERMATOLOGY CENTER OF STEAMBOAT SPRINGS
- DESERT DENTAL
- DESERT FAMILY DENTISTRY
- DESERT SMILES DENTISTRY
- DEVINE DENTISTRY
- DICKSON DENTAL
- DISTINCTIVE DENTISTRY
- DIVERSIFIED RADIOLOGY OF COLORADO, INC.
- DOUGLAS UYEMURA DDS
- DOWNTOWN DENTAL ASSOCIATES
- DR JENNIFER MCPEEK DO
- DR KENNETH PETTINE FDBA
- DR. HEIDILIZA Y TAN MD
- DR. KELLI MORGAN
- DUCK CREEK FAMILY DENTAL
- EAST MORGAN COUNTY HOSPITAL
- EASTLAND MEMORIAL HOSPITAL
- EASTSIDE GENERAL DENTISTRY
- EDGEWATER FAMILY DENTAL
- EDISON FAMILY DENTAL CARE
- ELECTRIC CITY DENTAL CARE
- FAMILY DENTAL AT DUBLIN HEIGHTS
- FAMILY DENTAL CARE OF FITCHBURG
- FAMILY DENTAL CARE OF MUSKEGO
- FAMILY DENTAL CARE OF OLATHE
- FAMILY DENTAL CARE OF OWASSO
- FAMILY DENTAL CARE OF POWDERSVILLE
- FAMILY DENTAL CARE OF ROGERS
- FAMILY DENTAL CARE OF SIOUX CITY
- FAMILY DENTAL CARE OF SMYRNA
- FAMILY DENTAL CARE OF SPRING VALLEY
- FAMILY DENTAL CARE OF WILMINGTON
- FAMILY DENTAL CARE ON WASHINGTON
- FAMILY DENTAL OF LEXINGTON
- FAMILY DENTAL OF SHAWNEE
- FAMILY DENTAL OF THORNTON
- FAMILY DENTISTRY AT RIVERSIDE CROSSING
- FAMILY DENTISTRY OF YUKON
- FAMILY ORTHODONTICS OF SHAWNEE
- FAMILY PHYSICIANS WINDSOR
- FARROW PARKWAY DENTAL CARE
- FLOWERS CROSSROADS DENTAL
- FOLLY ROAD DENTAL CARE
- FORESTVILLE ROAD DENTAL CARE
- FORREST GENERAL HOSPITAL
- FORREST GENERAL HOSPITAL HOME CARE & HOSPICE
- FORREST HEALTH CLINICS
- FORT SMITH SMILES
- FOUNTAIN HILLS DENTAL CARE

- FOUR LAKES FAMILY DENTAL
- FRANKLIN DENTAL CARE
- FUQUAY FAMILY DENTISTRY
- FUTRELL AND REESE FAMILY DENTISTRY
- GALLATIN DENTAL CARE
- GALLERIA DENTAL
- GARDENS RADIOLOGY GROUP
- GATEWAY DENTAL CARE
- GATEWAY SMILES DENTISTRY
- GENTLE DENTAL CARE OF NMB
- GEORGE DOUGLAS COX PHD
- GERMANTOWN DENTAL CARE
- GILDER CREEK DENTAL CARE
- GLISTEN DENTAL & SLEEP APNEA CARE
- GRAND DENTAL
- GRAND JCT PATHOLOGISTS
- GREAT PLAINS FAMILY DENTISTRY OF ENID
- GREAT SOUTHERN SMILES
- GREELEY COUNTY HEALTH SERVICES
- GREEN HILLS FAMILY DENTISTRY
- GREER FAMILY DENTAL CARE
- GRITMAN MEDICAL CENTER
- GROVER C. DILS CLINIC
- GROVER C. DILS MEDICAL CENTER
- HALLS CROSSROADS DENTAL CARE
- HAMPTON LAKE DENTAL CARE
- HANFIELD VILLAGE DENTAL CARE
- HAPPY VALLEY FAMILY DENTISTRY
- HARBISON HILL DENTISTRY
- HARMONY SURGERY CENTER
- HARPETH DENTAL CARE
- HARRISON BRIDGE DENTAL CARE
- HENDRY REGIONAL MC CLINICS
- HENDRY REGIONAL MEDICAL CENTER
- HERITAGE DENTAL
- HIGH DESERT IMAGING
- HIGH FIELD & OPEN MRI
- HIGH RESOLUTION
- HIGH RESOLUTION IMAGING
- HIGHLAND COMMUNITY HOSPITAL (FORREST HEALTH)
- HILL COUNTRY IMAGING ASSOCIATES
- HORIZON DENTAL CENTER
- HORIZON LABORATORY LLC
- HOUGHTON FAMILY DENTAL CARE
- HPI - COMMUNITY HOSPITAL
- HPI - NORTHWEST SURGICAL HOSPITAL
- HPI - NW SURGICAL HOSPITAL - MEDICARE
- HUES DENTAL GROUP
- IMPLANT & GENERAL DENTISTRY OF NORTHERN COLORADO
- INDIAN LAKE FAMILY DENTAL
- INDIAN LAND DENTAL CARE
- INFECTIOUS DISEASES & INTERNAL MEDICINE ASSOCIATES PC
- JAMES R. WHARTON, M.D., PSC.
- JANESVILLE FAMILY DENTAL CARE
- JEFFERSON DAVIS COMMUNITY HOSPITAL (FORREST HEALTH)
- JOHNS FAMILY & IMPLANT DENTISTRY
- JOHNSTOWN FAMILY PHYSICIANS
- KEILAH ISABEL GONZALEZ-BONILLA MD
- KENMORE DENTISTRY
- KILLIAN ROAD DENTAL CARE
- KRISTINE EULE MD
- KRUYER DENTAL
- LACKEY MEMORIAL HOSPITAL
- LAKE AVENUE DENTAL
- LAKESIDE DENTAL
- LAKESIDE DENTAL CARE
- LAKEVIEW FAMILY DENTAL
- LAKEVIEW POINTE DENTISTRY
- LAWRENCE COUNTY MEMORIAL HOSPITAL
- LAWRENCE DOUGLAS COUNTY FIRE MEDICAL
- LEBANON DENTAL CARE
- LIBERTY HOSPITAL
- LIFESTANCE HEALTH CALIFORNIA
- LIFESTANCE HEALTH CENTRAL OHIO
- LIFESTANCE HEALTH COLORADO
- LIFESTANCE HEALTH FLORIDA
- LIFESTANCE HEALTH GEORGIA
- LIFESTANCE HEALTH ILLINOIS
- LIFESTANCE HEALTH INDIANA
- LIFESTANCE HEALTH KENTUCKY

- LIFESTANCE HEALTH MARYLAND
- LIFESTANCE HEALTH MASSACHUSETTS
- LIFESTANCE HEALTH MISSOURI
- LIFESTANCE HEALTH NEW HAMPSHIRE/MAINE
- LIFESTANCE HEALTH NORTH CAROLINA
- LIFESTANCE HEALTH NORTHERN OHIO
- LIFESTANCE HEALTH OREGON
- LIFESTANCE HEALTH PENNSYLVANIA
- LIFESTANCE HEALTH SOUTHERN OHIO/KENTUCKY
- LIFESTANCE HEALTH TENNESSEE
- LIFESTANCE HEALTH TEXAS
- LIFESTANCE HEALTH VIRGINIA
- LIFESTANCE HEALTH WASHINGTON
- LIFETIME DENTAL OF NORMAN
- LIFETIME DENTISTRY OF CHICKASHA
- LIFETIME DENTISTRY OF SOUTH TULSA
- LIMELIGHT DENTAL CARE
- LINCOLN COUNTY AMBULANCE
- LONGBROW DENTAL CARE
- LOUISVILLE DERMATOLOGY
- M&B IMAGING, P.C. D/B/A AMERICAN HEALTH IMAGING
- MAINEGENERAL MEDICAL CENTER
- MAPLE RIDGE DENTAL CARE
- MARION GENERAL HOSPITAL (FORREST HEALTH)
- MARKHAM FAMILY DENTISTRY
- MCALESTER LIFETIME DENTISTRY
- MCKEE CARE CENTER
- MCKEE CENTER WOMENS HEALTH
- MCKEE MEDICAL CENTER
- MERIDIAN DENTAL
- MERIDIAN DENTAL CENTRE
- MESA RADIOLOGY
- MESA RIDGE DENTAL CENTER
- METRO PARK DENTAL ARTS
- MIDATLANTIC BEHAVIORAL HEALTH
- MID-DEL COMPLETE DENTAL CARE
- MIDDLE PARK MEDICAL CENTER
- MIDWEST RADIOLOGY ASSOCIATES INC
- MODERN DENTAL OF THE EAST VALLEY
- MONTROSE MEMORIAL HOSPITAL
- MONTROSE REGIONAL HEALTH
- MOORE COMPLETE DENTAL
- MOUNTAIN CREST DENTAL
- MOUNTAIN RANGE DENTISTRY
- MOUNTAIN RIDGE DENTAL CARE
- MOUNTAIN VISTA SURGERY
- MOUSE CREEK DENTAL CARE
- MR. RUSSELL J. SMITH MD
- MURRELLS INLET DENTISTRY
- MY DENTIST - ADA
- MY DENTIST - ARDMORE
- MY DENTIST - BARTLESVILLE
- MY DENTIST - BROKEN ARROW
- MY DENTIST - CLAREMORE
- MY DENTIST - DUNCAN
- MY DENTIST - DURANT
- MY DENTIST - FORT SMITH
- MY DENTIST - LAWTON
- MY DENTIST - MIDTOWN
- MY DENTIST - MUSKOGEE
- MY DENTIST - RUSSELLVILLE
- MY DENTIST - VAN BUREN
- NASHBORO VILLAGE FAMILY DENTAL
- NCMC - BEHAVIORAL HEALTH
- NCMC CARE CENTER
- NCMC SPECIALTY CLINIC
- NEOSHO MEMORIAL REGIONAL MEDICAL CENTER
- NEWBERRY COUNTY MEMORIAL HOSPITAL
- NIESA
- NORMAN REGIONAL HEALTH SYSTEMS
- NORTH CHARLESTON FAMILY DENTAL
- NORTH COLORADO FAMILY MEDICINE
- NORTH COLORADO MEDICAL CENTER
- NORTH HILL DENTISTRY
- NORTH MAY FAMILY DENTAL
- NORTH MYRTLE BEACH DENTISTRY
- NORTH PARK HOSPITAL DISTRICT
- NORTH WASHINGTON DENTAL
- NORTHGLENN AMBULANCE
- NORTHWEST OKC DENTAL CARE
- OAK LEAF FAMILY DENTAL
- OAKWOOD FAMILY DENTAL CARE
- OCEAN BAY DENTAL CARE
- OGALLALA COMMUNITY HOSPITAL
- OKLAHOMA CITY DENTAL

- OLY TUMWATER DENTAL CARE
- ORAL SURGICAL INSTITUTE-COOL SPRINGS
- ORAL SURGICAL INSTITUTE-NASHVILLE
- ORTHOPAEDIC & SPINE CENTER OF THE ROCKIES
- PADDOCK PLACE DENTAL
- PALMETTO COAST DENTAL
- PALMETTO DENTAL HEALTH ASSOCIATES
- PAPILLION DENTAL CARE
- PARKSTONE DENTAL CARE
- PARKVIEW MEDICAL GROUP
- PARKWEST SURGERY CENTER
- PARKWOOD RANCH DENTAL CARE
- PARTNERS IN PERIODONTICS
- PARTNERS IN PERIODONTICS, PLLC
- PATHFINDER CHIROPRACTIC
- PEAK TO PEAK PERIODONTICS
- PEARL RIVER
- PEARLY WHITES FAMILY DENTISTRY
- PEBBLE CREEK DENTAL
- PEDIATRIC ASSOCIATES OF NORTHERN COLORADO
- PEPPER TREE DENTAL
- PERKINS PRIMARY CARE (STILLWATER CLINIC)
- PERRY MEMORIAL HOSPITAL
- PHILIP HEALTH SERVICES
- PIKES PEAK ANESTHESIA ASSOCIATES
- PLANTATION POINTE DENTISTRY
- PLATTE COUNTY MEMORIAL HOSPITAL
- PLEASANT GROVE DENTAL
- PLUM DRIVE DENTAL
- POINT HOPE DENTAL CARE
- PORTRAIT HEALTH CENTER, INC.
- PRAIRIE RIDGE DENTAL CARE
- PRAIRIE VIEW FAMILY DENTAL
- PREMIER DENTISTRY OF BLYTHEWOOD
- PRESTON DENTAL CENTER
- PRESTWOOD COMPLETE DENTAL CARE
- PRINCE CREEK DENTAL CARE
- PRO RADIOLOGY, LLC D/B/A AMERICAN HEALTH IMAGING
- PUSCH PEAK FAMILY DENTAL
- QUAIL HOLLOW FAMILY DENTISTRY
- QUAIL SPRINGS DENTAL CARE
- QUIRT -PLOVER
- QUIRT -WAUSAU
- QUIRT-MERRILL
- QUIRT-SCHOFIELD
- QUIRT-WITTENBERG
- QUIVIRA DENTAL CARE
- RADIOLOGY ASSOCIATES OF ALBUQUERQUE
- RADIOLOGY LTD. - CARONDELET
- RADIOLOGY LTD., LLC
- RENAL MEDICINE ASSOCIATES
- RENOWN - HB MEDICARE
- RENOWN HEALTH MEDICAL GROUP
- RENOWN MSO
- RENOWN REG MEDICAL CENTER - BACKLOG
- RENOWN REG MEDICAL CENTER - INPATIENT
- RENOWN REG MEDICAL CENTER - OUTPATIENT
- RENOWN REHAB - BACKLOG
- RENOWN REHAB HOSPITAL - INPATIENT
- RENOWN REHAB HOSPITAL - OUTPATIENT
- RENOWN S MEADOWS - BACKLOG
- RENOWN SOUTH MEADOWS - INPATIENT
- RENOWN SOUTH MEADOWS - OUTPT
- RENOWN URGENT CARE
- RESEARCH TRIANGLE DENTAL
- RETINA CONSULTANTS OF SOUTHERN COLORADO
- RICE CREEK FAMILY DENTISTRY
- RICHARD LOWINGER LPC LLC
- RIO RANCHO DENTAL ARTS
- RIVERBEND VILLAGE DENTAL CARE
- RIVERHATE DENTAL CARE
- RIVERS DENTAL CARE
- RLJ DENTAL - GREEN BAY
- RLJ DENTAL - NEENAH
- RLJ DENTAL -- WEST ALLIS
- RLJ DENTAL MENASHA
- RLJ DENTAL NEENAH
- RLJ DENTISTRY - OSHKOSH
- RMC HEALTH SYSTEM
- RMC STRINGFELLOW
- ROBERT J BENKE DDS PC
- ROCKY MOUNT SMILEMAKERS
- ROCKY MOUNTAIN ASSOCIATES IN ORTHOPEDIC MEDICINE
- ROCKY MOUNTAIN PRIMARY CARE PC
- ROCKY MOUNTAIN RADIOLOGY CENTER
- RONALD J. ESCUDERO MD PC

- RUBY VALLEY CLINIC
- RUBY VALLEY HOSPITAL
- RUBY VALLEY MEDICAL CENTER
- SAINT ANDREWS DENTAL CARE
- SALIENT MEDICAL
- SAN TAN MOUNTAIN DENTAL
- SANGRE DE CRISTO DENTAL CARE
- SANTA CRUZ RIVER DENTAL
- SANTA FE IMAGING
- SANTA FE RADIOLOGY PC
- SAUK PRAIRIE HEALTHCARE CLINICS
- SAVIT
- SAYEBROOK DENTAL CARE
- SCHC ADELANTE CLINIC
- SCHC GREELEY
- SCHC GREELEY DENTAL
- SCHC LOVELAND COMMUNITY HEALTH CENTER
- SCHC LOVELAND DENTAL
- SCHC MONFORT CHILDREN'S CLINIC
- SCHC MONFORT CHILDREN'S CLINIC DENTAL
- SCHC MONFORT FAMILY CLINIC
- SCHC NCMC
- SCHC NORTH RANGE CLINIC
- SCHC OUTREACH
- SCHC SCHOOL BASED
- SCHC SUMMIT STONE
- SCHC WELD COUNTY PRENATAL
- SEASONS FAMILY DENTAL CARE
- SECRET CITY DENTAL CARE
- SHARED MEDICAL SERVICES INC
- SIERRA FAMILY DENTISTRY
- SIERRA FAMILY HEALTH
- SIERRA NEVADA MEDICAL IMAGING
- SIGNATURE SMILES ON BROADWAY
- SKYLINE SURGERY CENTER
- SMILES AT CAROLINA FOREST
- SMILES AT GOOSE CREEK
- SMILES OF WICHITA
- SMILES ON CALUMET
- SMILES ON DELAWARE
- SMILES ON NORTHERN
- SMILES ON SOUTHERN
- SMOKY HILL DENTAL
- SOFT TOUCH DENTISTRY
- SOUTH CAROLINA DENTAL CENTER
- SOUTH DENVER ANESTHESIOLOGISTS
- SOUTH LAKE FAMILY DENTAL
- SOUTH PENINSULA HOSPITAL
- SOUTH STONE DENTAL CARE
- SOUTHERN HILLS DENTAL CARE
- SOUTHERN WOODS DENTAL CARE
- SOUTHPOINTE COMPLETE DENTAL
- SPANISH PEAKS CLINICS
- SPANISH PEAKS REGIONAL HEALTH CENTER
- SPRING RIDGE DENTAL CARE
- STANDLEY SHORES DENTAL GROUP
- STEAMBOAT MEDICAL GROUP
- STEELYARD DENTAL CARE
- STERLING REGIONAL MEDICAL CENTER
- STILLWATER MEDICAL - BLACKWELL
- STILLWATER MEDICAL CENTER
- STILLWATER MEDICAL CENTER - SURGERY CENTER
- STILLWATER MEDICAL CENTER CLINICS
- STILLWATER MEDICAL CENTER CLINICS: GI PHYSICIANS
- STILLWATER MEDICAL CENTER CLINICS: WOMEN'S CLINIC
- STILLWATER MEDICAL-PERRY
- STONE LAKE FAMILY DENTISTRY
- STOVE POINT DENTAL CARE
- SUMMIT HEALTHCARE REGIONAL MEDICAL CENTER
- SUMMIT PATHOLOGY
- SUMMIT PLAZA DENTAL CARE
- SUMMIT VIEW SURGERY CENTER
- SUMMITSTONE HEALTH PARTNERS
- SUNDOME CROSSING DENTAL CARE
- SUNRIDGE DENTAL CARE
- SUNRISE COMMUNITY HEALTH CENTER
- SUNSET AVENUE DENTAL
- SUNSTONE DENTAL CARE
- SUSAN JOHNSTON APN LLC

- SYNERGY RADIOLOGY, LLC D/B/A AMERICAN HEALTH IMAGING
- TAHOE CARSON RADIOLOGY
- TANYARD SPRINGS FAMILY DENTISTRY
- TAYLOR MADE SMILES
- TENNESSEE NEPHROLOGY CLINIC PLLC
- TERRI L CRABTREE FNP
- THE DENTIST OF COLORADO
- THIBODAUX REGIONAL HEALTH SYSTEM
- THOMPSON VALLEY EMS
- THUNDER MOUNTAIN DENTISTRY
- TORRINGTON COMMUNITY HOSPITAL
- TOUCHSTONE MEDICAL IMAGING
- TOWN CENTER DENTAL
- TRACY ORCHARD DENTAL CARE
- TRICORE REFERENCE LABORATORIES
- TULSA HILLS DENTAL CARE
- TUMWATER FAMILY DENTISTRY
- UCHEALTH
- UNC STUDENT HEALTH
- UNION MEDICAL SERVICES, LLC
- UNIVERSITY PHYSICIANS, INC.
- UPSTATE CAROLINA RADIOLOGY, P.A.
- US ANESTHESIA PARTNERS OF COLORADO
- US ANESTHESIA PARTNERS OF FLORIDA
- US ANESTHESIA PARTNERS OF KANSAS
- US ANESTHESIA PARTNERS OF KANSAS
- US ANESTHESIA PARTNERS OF MARYLAND
- US ANESTHESIA PARTNERS OF NEVADA
- US ANESTHESIA PARTNERS OF OKLAHOMA
- US ANESTHESIA PARTNERS OF TEXAS
- US ANESTHESIA PARTNERS OF WASHINGTON
- US IMAGING, NOW OPERATING AS AMERICAN HEALTH IMAGING
- UVALDE MEMORIAL HOSPITAL
- VAIL VALLEY SURGERY CENTER
- VAIL VALLEY SURGERY CENTER -- EDWARDS
- VALLEY PROFESSIONALS COMMUNITY HEALTH CENTER
- VAN BUREN FAMILY DENTISTRY
- VILLAGE CREST FAMILY DENTAL
- VILLAGE GROVE DENTAL CARE
- VITALSKIN DERMATOLOGY
- WALTHALL GENERAL HOSPITAL (FORREST HEALTH)
- WARFIELD DENTAL CENTER
- WASHAKIE CARE CENTER
- WASHAKIE MEDICAL CENTER
- WASHAKIE MEDICAL CENTER CLINIC
- WATERFORD FAMILY DENTISTRY
- WATERPARK DENTAL CARE
- WEATHERFORD COMPLETE DENTAL
- WEATHERFORD ORTHODONTICS
- WEDGEWOOD SQUARE DENTAL
- WEST BELL DENTAL CARE
- WEST COLUMBIA FAMILY DENTISTRY
- WEST PASCO FAMILY DENTAL
- WEST TENNESSEE DENTAL GROUP
- WEST TOWN DENTAL CARE
- WEST UNIVERSITY FAMILY DENTISTRY
- WHEATLAND FAMILY DENTAL
- WHISPER CREEK DENTAL CARE
- WHITE HOUSE FAMILY DENTAL CARE
- WHITE MOUNTAIN REGIONAL MEDICAL CENTER
- WILLIAMSON ROAD DENTAL CARE
- WILSON MEDICAL CENTER
- WOMENS CLINIC OF NORTHERN COLORADO
- WOODLAND HEIGHTS FAMILY DENTAL
- WR BANNER HOSPITAL BASED CLINICS
- YAMPACARE FAMILY CLINIC
- YUMA CLINIC
- YUMA DISTRICT CLINIC
- YUMA DISTRICT HOSPITAL
- (ARDENT) AMARILLO SURGERY & ENDOSCOPY
- (ARDENT) BSA AMARILLO DIAGNOSTIC CLINIC
- (ARDENT) BSA PHYSICIANS GROUP
- (ARDENT) HARRINGTON PHYSICIANS, INC
- (DISPATCHHEALTH) ARIZONA
- (DISPATCHHEALTH) CONNECTICUT
- (DISPATCHHEALTH) FLORIDA

- (DISPATCHHEALTH) IDAHO
- (DISPATCHHEALTH) INDIANA
- (DISPATCHHEALTH) KANSAS, PA
- (DISPATCHHEALTH) KENTUCKY
- (DISPATCHHEALTH) MASSACHUSETTS
- (DISPATCHHEALTH) NEVADA WAGNER
- (DISPATCHHEALTH) NJ WAGNER
- (DISPATCHHEALTH) NORTH CAROLINA
- (DISPATCHHEALTH) OREGON
- (DISPATCHHEALTH) TENNESSEE
- (DISPATCHHEALTH) TEXAS
- (DISPATCHHEALTH) TRUE NORTH HEALTH NAVIGATION (COLORADO)
- (DISPATCHHEALTH) TRUE NORTH HEALTH NAVIGATION (GEORGIA)
- (DISPATCHHEALTH) TRUE NORTH HEALTH NAVIGATION (OHIO)
- (DISPATCHHEALTH) TRUE NORTH HEALTH NAVIGATION (OKLAHOMA)
- (DISPATCHHEALTH) TRUE NORTH HEALTH NAVIGATION (VIRGINA)
- (DISPATCHHEALTH) WASHINGTON