UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| Maritza Rodriguez, on behalf of herself and all others similarly situated,<br><br>             Plaintiff,<br><br>    v.<br><br>Professional Finance Company, Inc.,<br><br>             Defendant. | Case No.:  1:22-cv-01679-RMR<br><br>Judge Regina M. Rodriguez |

## PLAINTIFF'S NOTICE RELATING TO THE UNOPPOSED MOTION TO CONSOLIDATE

Plaintiff provides notice that after filing of the Plaintiffs' Unopposed Motion to Consolidate (Doc. 7), two additional cases were filed against Defendant Professional Finance Company, Inc. also relating to the same data security incident Defendant experienced in 2022 (*McGarrigle v. Professional Finance Company, Inc.*, No. 1:22-CV-01808 (D. Colo.) (filed on 7/21/2022) and *Skrabo v. Professional Finance Company, Inc.*, No. 1:22-CV-01855 (D. Colo.) (filed on 7/27/2022)). Counsel for Plaintiff Rodriguez has spoken with plaintiffs' counsel in *McGarrigle* and *Skrabo* and confirmed that both cases and named plaintiff therein also support consolidation. Accordingly, all 7 cases filed against Defendant and all named plaintiffs support consolidation of this matter into one case for the efficient use of judicial resources:

1. *Rodriguez v. Professional Finance Company, Inc.*, No. 1:22-CV-01679 (D. Colo.) (filed on 7/6/2022);

2. *Martinez v. Professional Finance Company, Inc.*, No. 1:22-CV-01689 (D. Colo.) (filed on 7/7/2022);

3. *Wheat v. Professional Finance Company, Inc.*, No. 1:22-CV-01723 (D. Colo.) (filed on 7/12/2022);

4. *Willingham v. Professional Finance Company, Inc.*, No. 1:22-CV-01749 (D. Colo.) (filed on 7/14/2022);

5. *Schroeder v. Professional Finance Company, Inc.*, No. 1:22-CV-01776 (D. Colo.) (filed on 7/18/2022);

6. *McGarrigle v. Professional Finance Company, Inc.*, No. 1:22-CV-01808 (D. Colo.) (filed on 7/21/2022); and,

7. *Skrabo v. Professional Finance Company, Inc.*, No. 1:22-CV-01855 (D. Colo.) (filed on 7/27/2022).

Dated: August 11, 2022                     Respectfully submitted,

*/s/ Bryan L. Bleichner*
**CHESTNUT CAMBRONNE PA**
Bryan L. Bleichner
Philip J. Krzeski
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
*bbleichner@chesnutcambronne.com*
*pkrzeski@chestnutcambronne.com*

**THE LYON FIRM**
Joseph M. Lyon
2754 Erie Avenue
Cincinnati, OH 45208
Phone: (513) 381-2333
Fax: (513) 766-9011
*jlyon@thelyonfirm.com*

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on August 11, 2022, I electronically filed the foregoing Plaintiff's Notice of Related Cases using the Court's CM/ECF system.

*/s/ Bryan L. Bleichner*