# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01679-RMR-STV

MARITZA RODRIGUEZ,

        Plaintiff,

v.

PROFESSIONAL FINANCE COMPANY, INC.
        Defendant

## JOINT MOTION TO STAY LITIGATION PENDING SETTLEMENT DISCUSSIONS

The named plaintiffs and the putative class they seek to represent in this consolidated class action ("Plaintiffs") and Defendant Professional Finance Company, Inc. ("Defendant") (collectively, the "Parties"), move for a 90-day stay of proceedings for purposes of negotiating a settlement agreement in this litigation ("Action").

1. As the Court may recall, Defendant has requested and the Court graciously has granted multiple unopposed extensions of time for Defendant to respond to Plaintiffs' Consolidated Class Action Complaint ("CCAC"). *See* ECF Nos. 33, 35, 37, 39, 41. Defendant's current date for responding to the CCAC is June 5, 2023. *See* ECF No. 41.

2. Defendant requested the above-noted extensions of time primarily to further party settlement negotiations, which have been ongoing for many months and have included informal discovery tailored to resolution of the Action. Throughout the extensions of time granted by the Court, the Parties actively have been engaged, in good faith, to resolve the Action.

1

3. The Parties have long agreed, in light of their discovery exchanges, that a settlement is more appropriate than expending those resources continuing to litigate this matter given the circumstances of this dispute, but the Parties are still diligently working through the potential details of the settlement.

4. Here, the Action stems from a data incident by which a third-party cybercriminal assailed Defendant's data security system and possibly accessed personal information for a substantial number of individuals approaching two million. The Action asserts numerous claims, common law and statutory, against Defendant. *See* ECF No. 28 (CCAC). While Defendant denies liability and denies Plaintiffs have suffered damages, the Parties wish to resolve the Action through a negotiated settlement to the extent possible.

5. However, the large size of a potential settlement class makes devising a reasonable, fair, and adequate settlement complicated given Defendant's financial and other resources. Defendant is a family business that has been based in Colorado for decades.

6. To complete the structure, content, and execution of a settlement that balances the respective sizes of Defendant and putative class, with appropriate attention to the claims and defenses in this Action, the parties believe a stay of proceedings is the best mechanism to that end.

7. Because the parties have made meaningful progress toward settlement, the parties seek no more than a 90-day stay of the Action.

8. A stay will afford the parties wider latitude to pursue settlement, to include the possible use of mediation or other third-party neutrals. The stay, if it leads to the hoped for result, will also alleviate the Court from having to assess and address near-term further requests for extensions of time and a motion to dismiss for a dispute the parties are motivated to, and diligently seeking to, resolve.

9. The associated conservation of judicial resources and the transfer of party energies from litigation to Action resolution align with the purpose for which courts possess the power to stay proceedings: "to control the disposition of the causes on [the court's] docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see Pet Milk Co. v. Ritter*, 323 F.2d 586, 588 (10th Cir. 1963) (quoting *Landis*).

WHEREFORE, the Parties respectfully request the Court grant this joint motion to stay and enter an Order in the form filed contemporaneously herewith.

Date: June 2, 2023                                    Respectfully Submitted,

*/s/ Terence R. Coates*
Terence R. Coates
Markovits, Stock & DeMarco, LLC
119 East Court Street, Suite 530
Cincinnati, OH 45202
(513) 651-3700
tcoates@msdlegal.com

*Member of Interim Co-Lead Counsel for Plaintiffs*

*/s/ Christopher H. Wood (per email authority)*
Christopher H. Wood
Lewis Brisbois Bisgaard & Smith LLP
1700 Lincoln Street, Suite 4000
Denver, CO 80203
Phone: 303.861.7760

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 2, 2023, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of the filing to the following:

                                        */s/ Terence R. Coates*

4