# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01679-RMR-STV

MARITZA RODRIGUEZ,

        Plaintiff,

v.

PROFESSIONAL FINANCE COMPANY, INC.
        Defendant

---

## [PROPOSED] ORDER GRANTING JOINT MOTION TO STAY LITIGATION PENDING SETTLEMENT DISCUSSIONS

---

This matter comes before the Court on the Parties' Joint Motion to Stay Litigation Pending Settlement Discussions. The Court being fully advised and for good cause shown, the Motion is hereby **GRANTED**.

Accordingly, the Court **ORDERS** as follows:

The Parties shall continue to pursue settlement discussions for a period not to exceed 90 days. To the extent the Parties do reach a settlement in principle to resolve this matter in its entirety during that 90-day period, they must promptly notify the Court of the settlement in principle. If the Parties have not reached within the 90-day period, they must file a joint report with the Court recommending a new case schedule and advising the Court of the likelihood of settlement in the future.

    **IT IS SO ORDERED:**

**DATED:** _____      _____
                                         **UNITED STATES DISTRICT JUDGE**