# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01679-RMR-STV

MARITZA RODRIGUEZ,

        Plaintiff,

v.

PROFESSIONAL FINANCE COMPANY, INC.
        Defendant

## JOINT NOTICE OF SETTLEMENT AND REQUEST FOR CONTINUANCE OF STAY PENDING SETTLEMENT PROCEEDINGS

Following the Court's minute entry of January 10, 2024, the named Plaintiffs and the putative class they seek to represent ("Plaintiffs") and Defendant Professional Finance Company, Inc. (with Plaintiffs, the "Parties") notify the Court that the Parties have reached a settlement in principle in the above-referenced class action litigation ("Action"). Plaintiffs will file a motion for preliminary approval of the class action settlement in this Action pursuant to Federal Rule of Civil Procedure 23 within 60 days of the submission of this notice.

Pending the submission of the motion for preliminary approval and the related settlement proceedings before this Court, the Parties request the Action remain stayed, to include all deadlines.

Dated: February 26, 2024

Respectfully Submitted,

/s/ *Terence R. Coats*

Terence R. Coates
Markovits, Stock & DeMarco, LLC
119 East Court Street, Suite 350
Cincinnati, OH 45202
(513) 651-3700
tcoates@msdlegal.com

*Member of Interim Co-Lead Counsel for Plaintiffs*

/s/ *Christopher H. Wood*

Christopher H. Wood
LEWIS BRISBOIS BISGAARD & SMITH LLP
1700 Lincoln Street, Suite 4000
Denver, Colorado 80203
303.861.7760
christopher.wood@lewisbrisbois.com

*Attorney for Defendant*

CERTIFICATE OF SERVICE

   I hereby certify that on February 26, 2024, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of the filing to the following:

                   */s/ Terence R. Coates*