IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01679-RMR-STV

MARITZA RODRIGUEZ,

        Plaintiff,

v.

PROFESSIONAL FINANCE COMPANY, INC.,

        Defendant

## JOINT MOTION FOR EXTENSION OF TIME

The named plaintiffs and the putative class they seek to represent in this consolidated class action ("Plaintiffs") and Defendant Professional Finance Company, Inc. ("Defendant") (collectively, the "Parties"), respectfully move for a 21-day extension from April 26, 2024 (*see* ECF No. 51 ) to May 17, 2024 for Plaintiffs to file their motion for preliminary approval of class action settlement. Good cause exists to grant the motion.

The Parties, having reached a settlement in principle, have continued to advance negotiations on the detailed and extensive terms of the underlying class action settlement agreement, including identifying the best notice program practicable under the circumstances. This extension is meant to give the Parties sufficient time to finalize the settlement agreement and for Plaintiffs to complete the unopposed motion for preliminary approval, including the exhibits thereto. This motion is brought in good faith and not for the purposes of undue delay.

WHEREFORE, the Parties respectfully request the Court grant this joint motion for an extension of time and enter an Order in the form filed contemporaneously herewith.

1

Date: April 23, 2024                           Respectfully Submitted,

*/s/ Terence R. Coates*
Terence R. Coates
Markovits, Stock & DeMarco, LLC
119 East Court Street, Suite 530
Cincinnati, OH 45202
(513) 651-3700
tcoates@msdlegal.com

*Member of Interim Co-Lead Counsel for Plaintiffs*

*/s/ Christopher H. Wood (per email authority)*
Christopher H. Wood
Lewis Brisbois Bisgaard & Smith LLP
1700 Lincoln Street, Suite 4000
Denver, CO 80203
Phone: 303.861.7760

*Attorney for Defendant*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 23, 2024, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of the filing to the following:

      */s/ Terence R. Coates*