# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01679-RMR-STV

MARITZA RODRIGUEZ,

        Plaintiff,

v.

PROFESSIONAL FINANCE COMPANY, INC.,

        Defendant

---

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES FOR THEIR UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

---

Plaintiffs Maritza Rodriguez, Jerry Blake, Natalie Willingham, Christopher Schroeder, Ryan McGarrigle, and Marko Skrabo ("Plaintiffs"), individually and on behalf of all others similarly situated ("Plaintiffs"), by and through counsel of record, request leave of Court to file their Unopposed Motion for Preliminary Approval of Class Action Settlement (the "Motion for Preliminary Approval") in excess of the fifteen (15)-page limit established by this Court's Order on Motions. Plaintiffs seek leave to file a motion and supporting memorandum that combined will be no more than 25 pages (a ten-page extension).

In support of this motion (the "Motion for Leave"), Plaintiffs state as follows:

1. Plaintiffs will file their Motion for Preliminary Approval on May 17, 2024.

2. Given the number and scope of the issues that a party is required to address under Federal Rule of Civil Procedure 23 for preliminary approval of a class action

1

settlement, Plaintiffs believe that the 15-page limit established by the Court's Practice Standards is insufficient for the Motion for Preliminary Approval.

3. The foregoing constitutes good cause for granting this motion.

4. Plaintiffs therefore request that the Court grant them leave to submit twenty-five (25) pages for their Motion for Preliminary Approval.

5. Plaintiffs met and conferred with Defendant's counsel regarding this Motion for Leave pursuant to D.C.COLO.L.Civ.R 7.1 on May 16, 2024. Defendant's counsel indicated to Plaintiffs' counsel that Defendant does not oppose Plaintiffs' Motion for Leave.

6. This Motion for Leave is filed in good faith and not for the purpose of oppression, harassment, or delay.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Motion for Leave and permit Plaintiffs to file their Motion for Preliminary Approval of Class Action Settlement up to and including twenty-five (25) pages, and such other relief as this Court deems just and proper.

Date: May 16, 2024

Respectfully submitted,

*/s/ Terence R. Coates*
Terence R. Coates
Dylan J. Gould
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court Street, Suite 530
Cincinnati, OH 45202
Telephone: 513.651.3700
Facsimile: 513.665.0219
*tcoates@msdlegal.com*
*dgould@msdlegal.com*

Joseph M. Lyon
**THE LYON LAW FIRM, LLC**
2754 Erie Ave.
Cincinnati, OH 45208
Phone: (513) 381-2333
Fax: (513) 766-9011
*jlyon@thelyonfirm.com*

2

>JEAN S. MARTIN
>FRANCESCA KESTER
>**MORGAN & MORGAN COMPLEX**
>**LITIGATION GROUP**
>201 N. Franklin Street, 7th Floor
>Tampa, Florida 33602
>(813) 223-5505
>jeanmartin@ForThePeople.com
>fkester@ForThePeople.com
>
>*Attorneys for Plaintiffs and the Settlement Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May, 2024, I caused the foregoing document to be filed with the Clerk of this Court via the Court's CM/ECF system, which will cause a true and correct copy to be served electronically on all counsel of record.

>*/s/ Terence R. Coates*
>Terence R. Coates