UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01679-RMR-STV

MARITZA RODRIGUEZ, *et al.*

                Plaintiffs,

v.

PROFESSIONAL FINANCE COMPANY, INC.,

                Defendant.

## PLAINTIFFS' UNOPPOSED MOTION AND MEMORANDUM TO EXTEND CLAIMS DEADLINE

Plaintiffs Maritza Rodriguez, Jerry Blake, Natalie Willingham, Christopher Schroeder, Ryan McGarrigle, and Marko Skrabo ("Plaintiffs") respectfully move the Court for an order extending the deadline for Class Members to submit a claim for benefits in the class action settlement that was preliminarily approved in this case.

As detailed in the forthcoming Motion for Final Approval, the Notice Plan was effective and fully comports with the requirements of Due Process under the United States Constitution. Notwithstanding this, Class Counsel respectfully propose that a modest extension of the claims deadline is in the best interests of the Class, so that as many Class Members as reasonably possible receive compensation from the non-reversionary common fund that was established in this case.

Plaintiffs attach the Declaration of Terence R. Coates ("Coates Decl.") in support of this Motion as **Exhibit 1** and a proposed order as **Exhibit 2.** Plaintiffs have conferred with Defendant, which does not oppose this Motion.

## **MEMORANDUM IN SUPPORT**

This litigation arises from a data security incident experienced by Professional Finance Company, Inc. ("PFC") on February 26, 2022 (the "Data Security Incident") that potentially affected the personal information of approximately 2,000,000 individuals. *See generally* Coates Decl., ¶ 7. Defendant is a debt collection company, meaning that Plaintiffs did not have direct relationship with Defendant.

The parties previously reached a proposed settlement to resolve the claims of Plaintiffs and the putative Class Members in exchange for a non-reversionary common fund of $2,500,000, providing a claims process for all Class Members to receive identity theft monitoring and for Class Members whose Social Security Numbers were compromised in the Data Security Incident ("SSN Subclass Members") to claim up to $500 as compensation for unreimbursed out-of-pocket expenses. Additionally, a subclass of SSN Subclass Members who were California residents on the date that the Data Security Incident occurred may claim an additional $50 cash award.

On October 15, 2024, the Court granted preliminary approval of the class action settlement and directed Class Counsel and the Settlement Administrator to execute the proposed notice program. The deadline for Class Members to file a claim was February 12, 2025. The Court further scheduled a final approval hearing for April 17, 2025, and ordered that Plaintiffs file a motion for final approval of class action settlement at least 14 days before the hearing.

Following the preliminary approval order, the notice program was successfully executed as ordered, reaching approximately 93% of all Class Members with at least one form of notice. Coates Decl., ¶ 6. Despite a successful notice program, the Settlement Administrator has only received 4,900 unique claims for benefits, which constitutes a claim rate of approximately 0.55%. *Id.*, ¶¶ 6-7. This is lower than the parties anticipated.

Class Counsel believe the low claim rate may be influenced by the lack of privity between many Class Members and PFC. *Id*. Class Counsel believe supplemental electronic notices via email and text messages to the Class and an additional 45-day extension will improve the claims rate. *Id*. The electronic notices are being recommended for the supplemental notice to control the costs of such notice. Accordingly, Class Counsel believe that it is appropriate to extend the claim deadline by forty-five (45) days from the date of the Court's order granting this motion, which will give Class Members roughly one month to submit a claim after receipt of supplemental notice. *See id.* The extension will not affect the date of the Final Approval Hearing.

## **CONCLUSION**

For the foregoing reasons, Plaintiffs respectfully request that the Court extend the claim deadline by forty-five (45) days from the date of an order granting this motion.

Dated: February 25, 2025

Respectfully submitted,

*/s/ Terence R. Coates*
Terence R. Coates
Dylan J. Gould
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, Ohio 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
tcoates@msdlegal.com
dgould@msdlegal.com

Joseph M. Lyon
**THE LYON FIRM**
2754 Erie Avenue
Cincinnati, OH 45208
Phone: (513) 381-2333
Fax: (513) 766-9011
jlyon@thelyonfirm.com
Jean S. Martin
Francesca Kester
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**

3

                                          201 N. Franklin Street, 7th Floor
                                          Tampa, Florida 33602
                                          (813) 223-5505
                                          jeanmartin@ForThePeople.com
                                          fkester@ForThePeople.com

*Class Counsel and Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Terence R. Coates, hereby certify that on February 25, 2025, I served Plaintiffs' Unopposed Motion and Memorandum to Extend Claims Deadline upon counsel of record for all parties by filing it with the Court's electronic-filing system in accordance with Fed. R. Civ. P. 5(b)(2)(E).

                                                  */s/ Terence R. Coates*
                                                  Terence R. Coates