# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

|  |  |
|---|---|
| MARITZA RODRIGUEZ, *et al.*, *individually and on behalf of all others similarly situated*,<br><br>        Plaintiffs,<br><br>v.<br><br>PROFESSIONAL FINANCE COMPANY, INC.,<br><br>        Defendant. | Civil Action No. 1:22-cv-01679-RMR-STV<br><br>CLASS ACTION<br><br>**DECLARATION OF ROBERT CORMIO OF KROLL SETTLEMENT ADMINISTRATION LLC IN CONNECTION WITH FINAL APPROVAL OF SETTLEMENT**<br><br>Date: April 17, 2025<br>Time: 10:00 AM MT<br>Dept: Room A 901 |

I, Robert Cormio, declare as follows:

**INTRODUCTION**

1.      I am a Senior Director of Kroll Settlement Administration LLC ("Kroll"),[1] the Settlement Administrator appointed in the above-captioned case, whose principal office is located at One World Trade Center, 285 Fulton Street, 31st Floor, New York, New York 10007. I am over 21 years of age and am authorized to make this declaration on behalf of Kroll and myself.  The following statements are based on my personal knowledge and information provided by other experienced Kroll employees working under my general supervision. This declaration is being filed in connection with final approval of the Settlement.

2.      Kroll has extensive experience in class action matters, having provided services in class action settlements involving antitrust, securities fraud, labor and employment, consumer, data privacy,

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Settlement Agreement (as defined below).

and government enforcement matters. Kroll has provided notification and claims administration services in more than 3,000 cases.

## BACKGROUND

3.    Kroll was appointed as the Settlement Administrator to provide notification and claims administration services in connection with the Settlement Agreement and Release (the "Settlement Agreement") entered into in this Litigation. Kroll's duties in connection with the Settlement have and will include: (a) preparing and sending notices in connection with the Class Action Fairness Act; (b) receiving and analyzing the Class List from Defendant's Counsel; (c) creating a Settlement Website with online claim filing capabilities; (d) establishing a toll-free telephone number; (e) establishing a post office box for the receipt of mail; (f) preparing and sending the Short Form Notice via first-class mail; (g) preparing and sending email Notice; (h) establishing an email address to receive Class Member inquiries; (i) receiving and processing mail from the United States Postal Service ("USPS") with forwarding addresses; (j) receiving and processing undeliverable mail, without a forwarding address, from the USPS; (k) receiving and processing Claim Forms; (l) receiving and processing requests for exclusion and objections; and (m) such other tasks as Counsel for the Parties or the Court request Kroll to perform.

## NOTICE PROGRAM

### The CAFA Mailing

4.    As noted above, on behalf of the Defendant, Kroll provided notice of the proposed Settlement pursuant to the Class Action Fairness Act, 28 U.S.C. §1715(b). At Defendant's Counsel's direction, on May 24, 2024, Kroll sent the CAFA Notice identifying the documents required, a true and correct copy of which is attached hereto as **Exhibit A**, via first-class certified mail, to (a) the Attorney General of the United States, (b) the fifty-five (55) state and territorial Attorneys General identified in the service list for the CAFA Notice, attached hereto as **Exhibit B**, and (c) via email to the Nevada Attorney General. The CAFA Notice directed the Attorneys General to the website www.CAFANotice.com, a site that contains all the documents relating to the Settlement referenced in the CAFA Notice.

**Data and Case Setup**

5.      On October 20, 2024, Kroll received twenty-four (24) data files from the Defendant. The files contained first, middle and last names, physical mailing addresses, birth dates, phone numbers, email addresses, indications of Non-SSN Subclass or SSN Subclass. Kroll undertook several steps to reconcile the twenty-four (24) data files and compile the eventual Class List for the emailing, mailing, or texting of the Short Form Notice. After cleaning and de-duping the Class List, Kroll determined there were 2,162,498 unique records. Of these, Kroll determined 1,536,584 were SSN Subclass Members and 625,914 were Non-SSN Subclass Members. Of the 2,162,498 unique records, 1,629,524 records contained telephone numbers, 13,516 records contained email addresses, and 519,458 records contained physical mailing addresses. Kroll conducted an advanced search on the 519,458 records with physical mailing addresses to locate email addresses. As a result, Kroll successfully obtained a total of 209,492 email addresses. Additionally, in an effort to ensure that Short Form Notices would be deliverable to Class Members, Kroll ran the Class List through the USPS's National Change of Address ("NCOA") database and updated the Class List with address changes received from the NCOA.

6.      On October 28, 2024, Kroll established a toll-free telephone number, (833) 627-7416, for Class Members to call and obtain additional information regarding the Settlement through an Interactive Voice Response ("IVR") system and by being connected to a live operator. As of March 31, 2025, the IVR system has received 1,305 calls, and five (5) callers have been connected to a live operator.

7.      On October 28, 2024, Kroll designated a post office box with the mailing address *Rodriguez v. Professional Finance Co. Inc.*, c/o Kroll Settlement Administration LLC, P.O. Box 225391, New York, NY 10150-5391, in order to receive requests for exclusion, Claim Forms, objections, and correspondence from Class Members.

8.      On November 19, 2024, Kroll created a dedicated Settlement Website entitled www.professionalfinancesettlement.com. The Settlement Website "went live" on November 21, 2024 and contains a summary of the Settlement, important dates and deadlines, contact information for the Settlement Administrator, answers to frequently asked questions, downloadable copies of relevant documents, including the Settlement Agreement, SSN Subclass Claim Form, Non-SSN Subclass Claim

Form, Long Form Notice, Short Form Notice, Preliminary Approval Order, and Fee and Expense Application, and allowed Class Members an opportunity to file a Claim Form online.

**The Notice Program**

9.      On November 21, 2024, Kroll caused the Notice to be sent to the original 13,516 email addresses on file for Class Members and included in the original data received from Defendant (the "Email Notice"), as noted above. A true and correct copy of a complete exemplar Email Notice (including the subject line) is attached hereto as **Exhibit C.** Of the 13,516 emails attempted for delivery, 1,355 emails were rejected/bounced back as undeliverable. As a result, Kroll caused 1,355 Short Form Notices to be sent via first-class mail to those Class Members. A true and correct copy of a complete exemplar Short Form Notice is attached hereto as **Exhibit D**.

10.      On December 9, 2024, Kroll caused the Short Form Notice to be sent via first-class mail to the 309,966 physical addresses on file for the Class Members and included in the original data received from Defendant, as noted above.

11.      On December 6, 2024, Kroll caused the Notice to be sent to the original 1,629,524 telephone numbers on file for Class Members and included in the original data received from Defendant (the "Text Notice"). A true and correct copy of a complete exemplar Text Notice, including the subject line, is attached hereto as **Exhibit E**. Of the 1,629,524 text messages attempted for delivery, 331,332 were rejected/bounced back as undeliverable. Among the 331,332 undeliverable texts, there were email addresses on file for 12,588 Class Members. Kroll then sent the Email Notice to those 12,588 Class Members. Of the 12,588 emails attempted for delivery, 1,606 emails were rejected/bounced back as undeliverable. Kroll proceeded to send the Short Form Notice to those 1,606 Class Members via first-class mail. Kroll also conducted an advanced email search on the remaining 318,744 Class Members whose initial Text Notice was undeliverable to locate additional email addresses, resulting in the successful acquisition of 155,078 email addresses. The Email Notice was subsequently sent to those 155,078 Class Members. Of the 155,078 emails attempted for delivery, 14,782 emails were rejected/bounced back as undeliverable.  Kroll proceeded to send Short Form Notices via first-class mail to those 14,782 Class Members. For the remaining 163,666 Class Members whose initial Text Notice was

undeliverable, Kroll proceeded to send the Short Form Notice to those 163,666 Class Members via first-class mail.

12.    On December 21, 2024, Kroll caused the Email Notice to be sent to the 209,492 email addresses located by Kroll through an advanced search, as noted in paragraph 5 above. Of the 209,492 emails attempted for delivery, 38,128 emails were rejected/bounced back as undeliverable. As a result, Kroll caused 38,128 Short Form Notices to be mailed via first-class in mail to those Class Members.

13.    On March 21, 2025, Kroll caused a reminder Text Notice to be sent to the 1,279,775 telephone numbers on file for Class Members whose Text Notice did not return as undeliverable and had not yet submitted a Claim Form or opted-out. A true and correct copy of a complete exemplar reminder Text Notice, including the subject line, is attached hereto as **Exhibit F**.

14.    Starting on March 28, 2025, Kroll caused a reminder Email Notice, to be sent to the 348,450 email addresses on file for Class Members whose Email Notice did not return as undeliverable and had not yet submitted a Claim Form or opted-out. A true and correct copy of a complete exemplar reminder Email Notice, including the subject line, is attached hereto as **Exhibit G**.

## <u>NOTICE PROGRAM REACH</u>

15.    As of March 31, 2025, 423 Short Form Notices were returned by the USPS with a forwarding address. Of those, 423 Short Form Notices were automatically re-mailed to the updated addresses provided by the USPS.

16.    As of March 31, 2025, 149,078 Short Form Notices were returned by the USPS as undeliverable as addressed, without a forwarding address.

17.    Based on the foregoing, Kroll believes that direct Notice likely reached 2,013,420 of the 2,162,498 Class Members, which equates to a reach rate of the direct Notice of approximately 93.1%. This reach rate is consistent with other court-approved, best-practicable notice programs and Federal Judicial Center Guidelines, which state that a notice plan that reaches[2] over 70% of targeted class members

---

[2] FED. JUD. CTR., *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide* (2010), *available at* https://www.fjc.gov/sites/default/files/2012/NotCheck.pdf. The guide suggests that the minimum threshold for adequate notice is 70%.

is considered a high percentage and the "norm" of a notice campaign.[3]  The table below provides an overview of dissemination results for the direct Notice program.

| Direct Notice Program Dissemination & Reach | |
| --- | --- |
| **Description** | **Volume of Class Members** |
| Class Members | 2,162,498 |
| **Initial Text Notice** | |
| (+) Text Notices sent (Initial Campaign) | 1,629,524 |
| (-) Total Text Notice returned as undeliverable | (331,332) |
| Appear Successful | 1,298,192 |
| **Email Notice** | |
| (+) Total Email Notices sent | 390,674 |
| (-) Total Email Notices returned as undeliverable | (55,871) |
| Appear Successful | 334,803 |
| **Short Form Notice** | |
| (+) Total Short Form Notices sent | 529,503 |
| (-) Total Undeliverable Short Form Notices | (149,078) |
| Appear Successful | 380,425 |
| | |
| **Total Class Members Likely Received Notice** | **2,013,420** |
| **Percentage Class Members Likely Received Notice** | **93.1%** |

## CLAIM ACTIVITY

18.    The Claims Deadline is April 25, 2025.

19.    As of March 31, 2025, Kroll has received 177 Claim Forms through the mail and 7,651 Claim Forms filed electronically through the Settlement Website, for a total of 7,828 Claim Forms. Of these, 177 Claim Forms were from non-Class Members.  Additionally, 3,712 Claim Forms were from Non-SSN Subclass Members and 3,939 Claim Forms were from SSN Subclass Members. All 3,712 Non-SSN Subclass Members submitted a claim to receive the "Free Identity Defense Plus Services" benefit. For the SSN Subclass Members, 2,196 claimed the Credit Monitoring benefit, 482 submitted a claim for

---

[3] Barbara Rothstein and Thomas Willging, Federal Judicial Center Managing Class Action Litigation:  A Pocket Guide for Judges, at 27 (3d ed. 2010).

"Compensation for Losses," and 1,702 claimed the "California Resident Payment" benefit. Kroll is still in the process of reviewing and validating Claim Forms.

20.    To prevent Claim Forms from being filed by individuals outside the Class and to curtail fraud, Class Members were provided a unique "Class Member ID" on their respective notices as part of the claims process. The Class Member ID is required for Class Members to file a Claim Form online.

## EXCLUSIONS AND OBJECTIONS

21.    The Objection/Exclusion Deadline was January 13, 2025.

22.    Kroll has not received any timely requests for exclusion or objections to the Settlement.

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States that the above is true and correct to the best of my knowledge and that this declaration was executed on April 3, 2025, in Northport, New York.

_____
Robert Cormio

# Exhibit A



---

<u>VIA U.S. MAIL</u>

Date:    May 24, 2024

To:    All "Appropriate" Federal and State Officials Per 28 U.S.C. § 1715
(*see attached service list*)

Re:    <u>CAFA Notice for the proposed settlement in *Rodriguez v. Professional Finance
Company, Inc.*, 1:22-cv-01679-RMR-STV pending in the United States District
Court, District of Colorado.</u>

Pursuant to Section 3 of the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C.
§ 1715, Defendant Professional Finance Company, Inc. ("Defendant" or "PFC") hereby notifies
you of the proposed settlement of the above-captioned action (the "Litigation"), currently pending
in the United States District Court, District of Colorado (the "Court").

Eight items must be provided to you in connection with any proposed class action
settlement pursuant to 28 U.S.C. § 1715(b). Each of these items is addressed below, and all exhibits
are available for download at www.CAFANotice.com under the folder entitled *Rodriguez v.
Professional Finance Company, Inc.*:

1.    <u>28 U.S.C. § 1715(b)(l) – a copy of the complaint and any materials filed with the
complaint and any amended complaints</u>.

The Consolidated Class Action Complaint is available as **Exhibit A**.

2.    <u>28 U.S.C. § 1715(b)(2) – notice of any scheduled judicial hearing in the class
action</u>.

On May 17, 2024, Plaintiff filed a motion for preliminary approval of the class
action settlement, and the date of the preliminary approval hearing has not yet been
set. The Court has not yet scheduled the Final Approval Hearing for this matter.
The proposed Preliminary Approval Order is available as **Exhibit B**.

3.    <u>28 U.S.C. § 1715(b)(3) – any proposed or final notification to class members</u>.

The proposed Short Form Notice will be sent to Class Members and the Short Form
and Long Form Notices will be available on the Settlement Website created for the
administration of this matter. These are available as **Exhibits C** and **D**, respectively.
The Notices describe, among other things, the claim submission process and the
Class Members' rights to object or exclude themselves from the Class.

4.      <u>28 U.S.C. § 1715(b)(4) – any proposed or final class action settlement.</u>

The Settlement Agreement is available as **Exhibit E**.

5.      <u>28 U.S.C. § 1715(b)(5) – any settlement or other agreement contemporaneously made between class counsel and counsel for defendants.</u>

There are no other settlements or other agreements between Class Counsel and Defendant's Counsel beyond what is set forth in the Settlement Agreement.

6.      <u>28 U.S.C. § 1715(b)(6) – any final judgment or notice of dismissal.</u>

The Court has not yet entered a final judgment or notice of dismissal.

7.      <u>28 U.S.C. § 1715(b)(7) – (A) If feasible, the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement to that State's appropriate State official; or (B) if the provision of the information under subparagraph (A) is not feasible, a reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement.</u>

The Class, as defined in the Settlement Agreement, includes: "All persons whose personally identifiable information was identified as included in the Data Breach and to whom notice of the Data Breach was sent."

The Class contains approximately 2,000,000 members located throughout the United States and certain of its territories.  The parties continue to examine, but have not finalized, counts by state for purposes of Settlement notice, assuming preliminary approval is granted to so notify Class Members.

8.      <u>28 U.S.C. § 1715(b)(8) – any written judicial opinion relating to the materials described in 28 U.S.C. § 1715(b) subparagraphs (3) through (6).</u>

There has been no written judicial opinions on the proposed Settlement.

If you have any questions about this Notice, the Litigation, or the materials available for download at www.CAFANotice.com under the folder entitled *Rodriguez v. Professional Finance Company, Inc.*, please contact the undersigned below.

Respectfully submitted,

Drew Perry
Senior Manager
drew.perry@kroll.com

# Exhibit B

## CAFA NOTICE SERVICE LIST

**U.S. Attorney General**
Merrick B. Garland
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530

**Alabama Attorney General**
Steve Marshall
501 Washington Ave.
P.O. Box 300152
Montgomery, AL 36130

**Alaska Attorney General**
Treg Taylor
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501

**American Samoa Attorney General**
Fainu'ulelei Falefatu Ala'ilima-Utu
Executive Office Building, Utulei
Territory of American Samoa
Pago Pago, AS 96799

**Arizona Attorney General**
Kris Mayes
2005 N Central Ave
Phoenix, AZ 85004

**Arkansas Attorney General**
Tim Griffin
323 Center St., Suite 200
Little Rock, AR 72201

**California Attorney General**
Rob Bonta
1300 I St., Ste. 1740
Sacramento, CA 95814

**Colorado Attorney General**
Phil Weiser
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203

**Connecticut Attorney General**
William Tong
165 Capitol Avenue
Hartford, CT 06106

**Delaware Attorney General**
Kathy Jennings
Carvel State Office Building
820 N. French St.
Wilmington, DE 19801

**District of Columbia Attorney General**
Brian Schwalb
400 6th Street NW
Washington, D.C. 20001

**Florida Attorney General**
Ashley Moody
Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399

**Georgia Attorney General**
Chris Carr
40 Capitol Square, SW
Atlanta, GA 30334

**Guam Attorney General**
Douglas Moylan
Office of the Attorney General ITC Building
590 S. Marine Corps Dr, Ste 706
Tamuning, Guam 96913

**Hawaii Attorney General**
Anne E. Lopez
425 Queen St.
Honolulu, HI 96813

**Idaho Attorney General**
Raúl Labrador
700 W. Jefferson Street, Suite 210
P.O. Box 83720
Boise, ID 83720

**Illinois Attorney General**
Kwame Raoul
James R. Thompson Ctr.
100 W. Randolph St.
Chicago, IL 60601

**Indiana Attorney General**
Todd Rokita
Indiana Government Center South
302 West Washington St., 5th Fl.
Indianapolis, IN 46204

**Iowa Attorney General**
Brenna Bird
Hoover State Office Building
1305 E. Walnut
Des Moines, IA 50319

**Kansas Attorney General**
Kris Kobach
120 S.W. 10th Ave., 2nd Fl.
Topeka, KS 66612

**Kentucky Attorney General**
Russell Coleman
700 Capital Avenue
Capitol Building, Suite 118
Frankfort, KY 40601

**Louisiana Attorney General**
Liz Murrill
1885 North Third St
Baton Rouge, LA 70802

**Maine Attorney General**
Aaron Frey
State House Station 6
Augusta, ME 04333

**Maryland Attorney General**
Anthony G. Brown
200 St. Paul Place
Baltimore, MD 21202

**Massachusetts Attorney General**
Andrea Campbell
1 Ashburton Place
Boston, MA 02108

**Michigan Attorney General**
Dana Nessel
P.O. Box 30212
525 W. Ottawa St.
Lansing, MI 48909

**Minnesota Attorney General**
Keith Ellison
75 Dr. Martin Luther King, Jr. Blvd.
Suite 102, State Capital
St. Paul, MN 55155

**Mississippi Attorney General**
Lynn Fitch
Department of Justice, P.O. Box 220
Jackson, MS 39205

**Missouri Attorney General**
Andrew Bailey
Supreme Ct. Bldg., 207 W. High St.
P.O. Box 899
Jefferson City, MO 65101

**Montana Attorney General**
Austin Knudsen
Office of the Attorney General, Justice Bldg.
215 N. Sanders St., Third Floor
P.O. Box 201401
Helena, MT 59620

**Nebraska Attorney General**
Mike Hilgers
2115 State Capitol
P.O. Box 98920
Lincoln, NE 68509

**Nevada Attorney General**
Aaron D. Ford
* NVAGCAFAnotices@ag.nv.gov

**New Hampshire Attorney General**
John Formella
33 Capitol St.
Concord, NH 03301

* Preferred

**New Jersey Attorney General**
Matthew J. Platkin
Richard J. Hughes Justice Complex
25 Market Street, 8th Floor
P.O. Box 080
Trenton, NJ 08625

**New Mexico Attorney General**
Raul Torrez
P.O. Drawer 1508
Santa Fe, NM 87504

**New York Attorney General**
Letitia A. James
Department of Law
The Capitol, 2nd Floor
Albany, NY 12224

**North Carolina Attorney General**
Josh Stein
Department of Justice
P.O. Box 629
Raleigh, NC 27602

**North Dakota Attorney General**
Drew Wrigley
State Capitol
600 E. Boulevard Ave.
Bismarck, ND 58505

**Northern Mariana Islands Attorney General**
Edward E. Manibusan
Administration Building
P.O. Box 10007
Saipan, MP 96950

**Ohio Attorney General**
Dave Yost
State Office Tower
30 E. Broad St., 14th Floor
Columbus, OH 43215

**Oklahoma Attorney General**
Gentner Drummond
313 NE 21st Street
Oklahoma City, OK 73105

**Oregon Attorney General**
Ellen F. Rosenblum
Oregon Department of Justice
1162 Court St., NE
Salem, OR 97301

**Pennsylvania Attorney General**
Michelle A. Henry
Pennsylvania Office of Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120

**Puerto Rico Attorney General**
Domingo Emanuelli Hernandez
P.O. Box 9020192
San Juan, PR 00902

**Rhode Island Attorney General**
Peter F. Neronha
150 S. Main St.
Providence, RI 02903

**South Carolina Attorney General**
Alan Wilson
Rembert C. Dennis Office Bldg.
P.O. Box 11549
Columbia, SC 29211

**South Dakota Attorney General**
Marty Jackley
1302 East Highway 14, Suite 1
Pierre, SD 57501

**Tennessee Attorney General**
Jonathan Skrmetti
425 5th Avenue North
Nashville, TN 37243

**Texas Attorney General**
Ken Paxton
Capitol Station
P.O. Box 12548
Austin, TX 78711

**U.S. Virgin Islands Attorney General**
Ariel M. Smith
34-38 Kronprindsens Gade
GERS Building, 2nd Floor
St. Thomas, Virgin Islands 00802

**Utah Attorney General**
Sean Reyes
State Capitol, Rm. 236
Salt Lake City, UT 84114

**Vermont Attorney General**
Charity R. Clark
109 State St.
Montpelier, VT 05609

**Virginia Attorney General**
Jason Miyares
202 North Ninth Street
Richmond, VA 23219

**Washington Attorney General**
Bob Ferguson
1125 Washington St. SE
P.O. Box 40100
Olympia, WA 98504

**West Virginia Attorney General**
Patrick Morrisey
State Capitol Complex, Bldg. 1, Rm. E-26
1900 Kanawha Blvd. E
Charleston, WV 25305

**Wisconsin Attorney General**
Josh Kaul
Wisconsin Department of Justice State
Capitol, Room 114 East
P.O. Box 7857
Madison, WI 53707

**Wyoming Attorney General**
Bridget Hill
State Capitol Bldg.
109 State Capitol
Cheyenne, WY 82002

# Exhibit C

From:

To:

Subject: NOTICE OF PROPOSED CLASS ACTION SETTLEMENT
_____

Class Member ID:  <<RefNum>>

## NOTICE OF CLASS ACTION SETTLEMENT

If you were impacted by the Data Incident experienced by
Professional Finance Company, Inc., you are entitled to submit a claim
for monetary compensation under a class action settlement.

## WHO IS A CLASS MEMBER?

In the lawsuit *Rodriguez v. Professional Finance Company, Inc.*, No. 1:22-cv-1679-RMR-STV (D. Colo.), you are a class member if your personal information was potentially accessed as a result of a Data Incident that Professional Finance Company, Inc. ("Defendant") experienced in February 2022 and you were sent a notice about the Data Incident (the "Settlement Class").

## WHAT ARE THE SETTLEMENT BENEFITS AND TERMS?

Under the Settlement, Defendant has agreed to pay $2,500,000 into a Settlement Fund which will be distributed to Class Members who submit valid Claims, after deducting the Service Awards, Class Counsel's attorneys' fees and expenses, and settlement administration notice and administration costs, if such awards are approved by the Court. SSN Subclass Members who suffered out-of-pocket expenses as a result of the Data Incident may claim up to $500 for the reimbursement of documented expenses. SSN Subclass Members who lived in California at the time of the Data Incident may claim a $50 cash payment. SSN Subclass Members may also claim 24 months of free credit monitoring. Non-SSN Subclass Members may also claim 24 months of free identity monitoring. More information about the types of Claims and how to file them is available at the Settlement Website.

## WHAT ARE YOUR RIGHTS AND OPTIONS?

**Submit a Claim Form**. To qualify for settlement benefits, you must timely mail a Claim Form or timely complete and submit a Claim Form online at **ww.ProfessionalFinanceSettlement.com** ("Settlement Website"). Your Claim Form must be postmarked or submitted online no later than February 12, 2025. Kroll Settlement Administration is the Settlement Administrator.

**Opt-Out or Object**. You can exclude yourself from the Settlement or you can object to the Settlement. If you do not want to be legally bound by the Settlement, you must exclude yourself by January 13, 2025, or you will not be able to sue the Released Parties for the Released Claims. If you exclude yourself, you cannot submit a claim or get

money from this Settlement. If you stay in the Settlement Class, you may object to the Settlement by January 13, 2025. To exclude yourself from or object to the Settlement, you must follow the instructions in the Full Notice, available at **www.ProfessionalFinanceSettlement.com**.

**Do Nothing.** If you do nothing, you will not receive a Settlement payment and will lose the right to sue the Released Parties regarding the Released Claims. You will be bound by the Court's decision because this is a conditionally certified class action.

**Attend the Final Approval Hearing**. The Court will hold a **Final Approval Hearing at 10:00 a.m. on April 17, 2025,** to determine if the Settlement is fair, reasonable, and adequate. All persons who timely object to the Settlement may appear at the Final Approval Hearing.

**Who are the attorneys for the Plaintiffs and the proposed Class?** The Court appointed Jean S. Martin, Terence R. Coates, and Joseph M. Lyon as Class Counsel to represent the Settlement Class. The attorneys' fees and expenses will be paid exclusively from the Settlement Fund as awarded and approved by the Court. The attorneys' fees will be in an amount of up to $750,000, and the expenses will not exceed $25,000. The motion for attorneys' fees and expenses will be posted on the Settlement Website after it is filed with the Court. The named plaintiffs, also called the Class Representatives will seek Service Awards in the amount of $2,000 each for their efforts in this case.

**Who is the Judge overseeing this settlement?** Judge Regina M. Rodriguez, United States District Judge, District of Colorado.

**Where may I locate a copy of the settlement agreement, learn more about the case, or learn more about submitting a Claim?**

**www.ProfessionalFinanceSettlement.com**

\*\*\* Please note that if you wish to submit a claim for compensation for out-of-pocket losses, you will likely need to submit your claim online so you may attach all information necessary to support your request for payment.

**This Notice is a summary of the proposed Settlement**

Exhibit D

*Rodriguez v. Professional Finance Co. Inc.*
c/o Kroll Settlement Administration
P.O. Box 225391
New York, NY 10150-5391

FIRST-CLASS MAIL
U.S. POSTAGE PAID
CITY, ST
PERMIT NO. XXXX

**ELECTRONIC SERVICE REQUESTED**

---

NOTICE OF CLASS ACTION
SETTLEMENT

If you were impacted by the Data Incident
experienced by Professional Finance
Company, Inc., you are entitled to submit
a claim for monetary compensation under
a class action settlement.

www.ProfessionalFinanceSettlement.com

---

<<Refnum Barcode>>

CLASS MEMBER ID: <<Refnum>>

**Postal Service: Please do not mark barcode**

<<FirstName>> <<LastName>>
<<Address1>>
<<Address2>>
<<City>>, <<State>> <<Zip>>-<<zip4>>
<<Country>>

## WHO IS A CLASS MEMBER?

In the lawsuit *Rodriguez v. Professional Finance Company*, No. 1:22-cv-01679-RMR-STV (D. Colo.), you are a class member if your personal information was potentially accessed as a result of a Data Incident that Professional Finance Company, Inc. ("Defendant") experienced in February 2022 and you were sent a notice about the Data Incident (the "Settlement Class").

## WHAT ARE THE SETTLEMENT BENEFITS AND TERMS?

Under the Settlement, Defendant has agreed to pay $2,500,000 into a Settlement Fund which will be distributed to Class Members who submit valid Claims, after deducting the Service Awards, Class Counsel's attorneys' fees and expenses, and settlement administration notice and administration costs, if such awards are approved by the Court. SSN Subclass Members who suffered out-of-pocket expenses as a result of the Data Incident may claim up to $500 for the reimbursement of documented expenses. SSN Subclass Members who lived in California at the time of the Data Incident may claim a $50 cash payment. SSN Subclass Members may also claim 24 months of free credit monitoring. Non-SSN Subclass Members may also claim 24 months of free identity monitoring. More information about the types of Claims and how to file them is available at the Settlement Website.

## WHAT ARE YOUR RIGHTS AND OPTIONS?

**Submit a Claim Form**. To qualify for settlement benefits, you must timely mail a Claim Form or timely complete and submit a Claim Form online at **www.ProfessionalFinanceSettlement.com** ("Settlement Website"). Your Claim Form must be postmarked or submitted online no later than February 12, 2025. Kroll Settlement Administration is the Settlement Administrator.

**Opt Out or Object**. You can exclude yourself from the Settlement or you can object to the Settlement. If you do not want to be legally bound by the Settlement, you must exclude yourself by January 13, 2025 or you will not be able to sue the Released Parties for the Released Claims. If you exclude yourself, you cannot submit a claim or get money from this Settlement. If you stay in the Settlement Class, you may object to the Settlement by January 13, 2025. To exclude yourself from or object to the Settlement, you must follow the instructions in the Full Notice, available at **www.ProfessionalFinanceSettlement.com**.

**Do Nothing.** If you do nothing, and the Court finally approves the Settlement, you will not receive a Settlement payment and will lose the right to sue the Released Parties about the Released Claims. You will be bound by the Court's decision because this is a conditionally certified class action.

**Attend the Final Approval Hearing**. The Court will hold a **Final Approval Hearing at 10:00 a.m. on April 17, 2025** to determine if the Settlement is fair, reasonable, and adequate. All persons who timely object to the Settlement may appear at the Final Approval Hearing.

**Who are the attorneys for the Plaintiffs and the proposed Class?** The Court appointed Jean S. Martin, Terence R. Coates, and Joseph M. Lyon as Class Counsel to represent the Settlement Class. The attorneys' fees and expenses will be paid exclusively from the Settlement Fund as awarded and approved by the Court. The attorneys' fees will be in an amount of up to $750,000, and the expenses will not exceed $25,000. The motion for attorneys' fees and expenses will be posted on the Settlement Website after it is filed with the Court. The named plaintiffs, also called the Class Representatives, will seek Service Awards in the amount of $2,000 each for their efforts in this case.

**Who is the Judge overseeing this settlement?** Judge Regina M. Rodriguez, United States District Judge, District of Colorado.

**Where may I locate a copy of the settlement agreement, learn more about the case, or learn more about submitting a Claim? www.ProfessionalFinanceSettlement.com**

\*\*\* Please note that if you wish to submit a claim for compensation for out-of-pocket losses, you will likely need to submit your claim online so you may attach all information necessary to support your request for payment.

**This Notice is a summary of the proposed Settlement**

# Exhibit E

*From Kroll Settlement Administration LLC*

*If your information was potentially compromised in the 2022 PROFESSIONAL FINANCE COMPANY DATA BREACH, you are eligible for benefits from a Class Action Settlement, Case No. 1:22-cv-1679-RMR-STV (D. Colo). A federal court has authorized this Notice. This is not a solicitation from a lawyer. Visit [www.professionalfinancesettlement.com](www.professionalfinancesettlement.com)*

*Unique Class Member ID: <>*

*Reply STOP to prevent further updates or communication via text*

Exhibit F

The claim deadline to receive either monetary and/or credit monitoring benefits in the
Professional Finance Company Data Breach Class Action Settlement (Case No. 1:22-cv-
1679-RMR-STV) is now April 25, 2025, to submit a claim, please visit
www.professionalfinancesettlement.com.

Unique Class Member ID: xxxxxxxxxxxxx

Reply STOP to opt-out of further text updates.

Exhibit G

Subject: Important Reminder: Settlement Claim Submission Deadline for Professional
Finance Company Settlement

Dear << First Name>> <<Last Name>>,

This is a reminder that if you were impacted by the Data Incident involving
Professional Finance Company, Inc., you are entitled to submit a claim for monetary
and/or credit monitoring benefits under the class action settlement in the case of
Rodriguez v. Professional Finance Company, Inc., Case No. 1:22-cv-1679, United
States District Court, District of Colorado.).

**At this time, YOU HAVE NOT FILED A Claim Form.** In order to submit a Claim
Form, please follow these steps:

1. Visit www.professionalfinancesettlement.com.
2. Enter your Class Member ID.
3. Complete and submit the online Claim Form.

**Settlement Benefits:**

The settlement includes a $2,500,000 fund, which will be distributed to eligible class
members. Benefits include:

- Up to $500 reimbursement for documented out-of-pocket expenses for SSN
Subclass Members.
- A $50 cash payment for SSN Subclass Members residing in California.
- 24 months of free credit monitoring for SSN Subclass Members.
- 24 months of free identity monitoring for Non-SSN Subclass Members.

**Deadline to Submit Claims:**
Please note that the deadline to submit a Claim Form is **April 25, 2025.** If you do not
submit a Claim Form, you will not receive any payment.

**Your Class Member ID:**
Your Class Member ID is **XXXXXXXXXXX** . Please retain this ID for your records,
as it is necessary to file your Claim Form.

**Final Approval Hearing**:

The Court will hold a Final Approval Hearing on **April 17, 2025**, at 10:00 a.m. to determine the fairness of the Settlement. If you have objections, you may appear at this hearing.

For further information and to access the Claim Form, please visit www.professionalfinancesettlement.com. You may also contact us by calling (833) 627-7416.

Best regards,

Settlement Administrator